215 So.2d 123

**Clark C. CENAC**

**v.**

**Mary Agnes POWER.**

No. 49448.

Nov. 12, 1968.

In re: Mary Agnes Power applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Terrebonne. 211 So.2d 408.

Writs denied. On the facts found by the Court of Appeal we are not convinced that there has been an abuse of discretion.

215 So.2d 123

**Kenneth A. DUPUY et al.**

**v.**

**SOUTHERN FARM BUREAU CASUALTY INSURANCE COMPANY et al.**

No. 49464.

Nov. 12, 1968.

In re: Allen Breaux and Southern Farm Bureau Casualty Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 212 So.2d 484.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.